**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 22-7342**

———————————

FLOYD O. HUNT, JR.,

              Petitioner - Appellant,

        v.

RICK WHITE,

              Respondent - Appellee.

———————————

Appeal from the United States District Court for the Western District of Virginia, at Roanoke.  James P. Jones, Senior District Judge.  (7:21-cv-00534-JPJ-PMS)

———————————

Submitted:  May 18, 2023                          Decided:  May 23, 2023

———————————

Before NIEMEYER, RICHARDSON, and RUSHING, Circuit Judges.

———————————

Dismissed by unpublished per curiam opinion.

———————————

Floyd O. Hunt, Jr., Appellant Pro Se.

———————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Floyd O. Hunt, Jr., seeks to appeal the district court's orders dismissing as untimely his 28 U.S.C. § 2254 petition and denying his motion for reconsideration. *See Gonzalez v. Thaler*, 565 U.S. 134, 148 & n.9 (2012) (explaining that § 2254 petitions are subject to one-year statute of limitations, running from latest of four commencement dates enumerated in 28 U.S.C. § 2244(d)(1)). The orders are not appealable unless a circuit justice or judge issues a certificate of appealability. 28 U.S.C. § 2253(c)(1)(A). A certificate of appealability will not issue absent "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). When, as here, the district court denies relief on procedural grounds, the prisoner must demonstrate both that the dispositive procedural ruling is debatable and that the petition states a debatable claim of the denial of a constitutional right. *Gonzalez*, 565 U.S. at 140-41 (citing *Slack v. McDaniel*, 529 U.S. 473, 484 (2000)).

We have independently reviewed the record and conclude that Hunt has not made the requisite showing. Accordingly, we deny Hunt's motion for an evidentiary hearing, deny a certificate of appealability, and dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*

2